**Petition for Permissive Appeal Denied and Memorandum Opinion filed October 15, 2013**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-13-00780-CV

---

## AZITA MADJIDI, MD, MD, PA, Appellant

## V.

## TALA ANGALI, Appellee

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-24647**

---

### M E M O R A N D U M   O P I N I O N

On August 21, 2013, appellant filed a petition for permissive appeal in this court. *See* Tex. Civ. Prac. & Rem.Code Ann. § 51.014; *see also* Tex. R. App. P. 28.3. Appellant has not established that he is entitled to a permissive appeal. *See* Tex.R.App. P. 28.3(a) (requiring permission from the trial court to appeal

interlocutory order). Accordingly, we deny appellant's petition for permissive appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.